# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2021

## NO. 03-19-00282-CR

**In re Tom Robertson, Sr.**

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying appellant's motion seeking postconviction DNA testing entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying appellant's motion seeking postconviction DNA testing. Therefore, the Court affirms the trial court's order denying appellant's motion seeking postconviction DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.